**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION. ) | |
| SARAH HENRY AND JOEL GILIO )<br>Plaintiff, )<br>v. )<br>CERNER CORPORATION d/b/a Oracle Health, Inc., *et al.,* )<br>Defendants. ) | No. 25-00725-CV-W-BP |

**CLERK'S ORDER OF DISMISSAL**

On the 4th day of December 2025, a Notice of Voluntary Dismissal of Plaintiffs Sarah Henry and Joel Gilio were filed in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on December 8, 2025, (Doc. 131), Sarah Henry and Joel Gilio's claims are dismissed without prejudice.

.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: December 8, 2025